IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-130-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CESAR RAMON MARTINEZ-SOLIS,
2.    HUMBERTO IVAN AMADOR-GAVIRA,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 26, 2025, the State and District of Colorado, the defendants, CESAR RAMON MARTINEZ-SOLIS and HUMBERTO IVAN AMADOR-GAVIRA, knowing they were aliens admitted to the United States under non-immigrant visas, did knowingly possess ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(B).

### Forfeiture Allegation

1.    The allegations contained in Count 1 this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the violations alleged in Count 1 of this Indictment involving violation 18 U.S.C. § 922(g)(5)(B), the defendants, CESAR RAMON MARTINEZ-SOLIS and HUMBERTO IVAN AMADOR-GAVIRA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all ammunition involved in the commission of the offense, including but not limited to the following: all recovered ammunition.

3.     If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

.

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

J. BISHOP GREWELL
United States Attorney

<u>*s/Albert Buchman*</u>
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov